UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---

| | : | |
|---|---|---|
| KATHRYN A. TENNEY, | : | CASE NO. 4:20-cv-01569 |
| Plaintiff, | : | OPINION & ORDER [Resolving Doc. 1] |
| vs. | : | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | : | |
| Defendant. | : | |

---

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff Kathryn A. Tenney seeks judicial review of the Social Security Administration Commissioner's final decision that denied her application for Supplemental Security Income ("SSI").[1]

On September 7, 2021, Magistrate Judge Carmen E. Henderson filed a Report and Recommendation ("R&R"). The R&R recommended the Court reverse and remand the Commissioner's final decision.[2] On September 14, 2021, Defendant filed a response to the R&R saying that the Commissioner would not file objections.[3]

The Federal Magistrates Act requires district courts to conduct a *de novo* review of only objected-to portions of an R&R.[4] Absent objection, district courts may adopt an R&R without review.[5] Defendant did not object to the R&R, and this Court may adopt Magistrate

---

[1] Doc. 1. Plaintiff and the Commissioner filed merits briefs. Doc. 14 and Doc. 16. Plaintiff filed a reply. Doc. 18.
[2] Doc. 19.
[3] Doc. 20.
[4] 28 U.S.C. § 636(b)(1).
[5] *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). Failure to timely object may waive a party's right to appeal the district court's order adopting the R&R. *Id*. at 155; *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Case No. 4:20-cv-01569
Gwin, J.

Judge Henderson's R&R without further review.

Accordingly, the Court **ADOPTS** Magistrate Judge Henderson's R&R, and **REVERSES** and **REMANDS** the Commissioner's final decision.

IT IS SO ORDERED.


Dated:  September 24, 2021             *s/        James S. Gwin*
                                       JAMES S. GWIN
                                       UNITED STATES DISTRICT JUDGE